NOT YET SCHEDULED FOR ORAL ARGUMENT
No. 25-5425

# United States Court of Appeals for the District of Columbia Circuit

TEVA PHARMACEUTICALS USA, INC., et al.,
*Plaintiffs-Appellants*,

v.

ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES; MEHMET OZ, in his official capacity as ADMINISTRATOR OF THE CENTERS FOR MEDICARE & MEDICAID SERVICES,
*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Columbia, No. 1:25-cv-00113
Hon. Sparkle Leah Sooknanan

**NOTICE OF PARTICIPATION AS AMICI CURIAE IN SUPPORT OF APPELLANTS BY BAUSCH HEALTH COMPANIES INC., BRISTOL MYERS SQUIBB COMPANY, ELI LILLY AND COMPANY, JOHNSON & JOHNSON, SANOFI-AVENTIS U.S. LLC, AND BIOTECHNOLOGY INNOVATION ORGANIZATION**

Cesar Lopez-Morales
Lauren Shepard
ORRICK, HERRINGTON &
    SUTCLIFFE LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037

Clement Seth Roberts
ORRICK, HERRINGTON &
    SUTCLIFFE LLP
305 Howard Street
San Francisco, CA 94105

Irena Royzman
Andrew D. Silverman
ORRICK, HERRINGTON &
    SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

*Counsel for Amici Curiae*

Pursuant to D.C. Circuit Rule 29(b), Counsel for Amici Curiae Bausch Health Companies Inc., Bristol Myers Squibb Company, Eli Lilly and Company, Johnson & Johnson, Sanofi-Aventis U.S. LLC, and Biotechnology Innovation Organization respectfully inform this Court of their participation as Amici Curiae in support of Appellants in this appeal. All parties to this proceeding have consented to the participation of Amici Curiae Bausch Health Companies Inc., Bristol Myers Squibb Company, Eli Lilly and Company, Johnson & Johnson, Sanofi-Aventis U.S. LLC, and Biotechnology Innovation Organization in this appeal.

Dated: January 20, 2026       ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Irena Royzman*
Irena Royzman
*Counsel for Amici Curiae*

1

## CORPORATE DISCLOSURE STATEMENT

As required by Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Amici Curiae Bausch Health Companies Inc., Bristol Myers Squibb Company, Eli Lilly and Company, Johnson & Johnson, Sanofi-Aventis U.S. LLC, and Biotechnology Innovation Organization submit the following corporate disclosure statement.

Amici Curiae Bausch Health Companies, Inc., Bristol Myers Squibb Company, Eli Lilly and Company, Johnson & Johnson, and Sanofi-Aventis U.S. LLC, are leading biopharmaceutical research companies.  The Biotechnology Innovation Organization is a trade association representing the biotechnology industry.

Bausch Health Companies Inc., Bristol Myers Squibb Company, Eli Lilly and Company, Johnson & Johnson, and Biotechnology Innovation Organization certify that there are no parent companies or publicly held companies that own a 10% or greater ownership interest of their stock.  Sanofi-Aventis U.S. LLC is an indirect subsidiary of Sanofi S.A.  Sanofi S.A. owns at least 10% of the stock of Sanofi-Aventis U.S. LLC.  Sanofi S.A. is a public company traded on the NASDAQ under the trading symbol "SNY."

Dated: January 20, 2026    ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Irena Royzman*
Irena Royzman
*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on January 20, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: January 20, 2026        ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ *Irena Royzman*
Irena Royzman
*Counsel for Amici Curiae*