

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

March 10, 2026

**By CM/ECF**

Clifton Cislak
Clerk of Court
E. Barrett Prettyman U.S. Courthouse and
  William B. Bryant Annex
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re:**  *Teva Pharmaceuticals USA, Inc. v. Kennedy*, No. 25-5425— Oral Argument
Availability.

Dear Mr. Cislak:

I represent Plaintiffs-Appellants in this matter.  I submit this letter to inform the Court regarding my availability for oral argument.

I am not available for argument on April 24, April 30, May 1, or May 4, 2026, because of pre-planned personal travel.  I would appreciate if the Court would avoid scheduling argument on those dates.

Many thanks, as always, for your kind assistance.

Sincerely,

/s/ Sean Marotta
Sean Marotta

cc: All parties (by CM/ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar.  Business Service Centers:  Johannesburg  Louisville.  Legal Services Center:  Berlin.  For more information see www.hoganlovells.com