# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5425** **September Term, 2026**

**1:25-cv-00113-SLS**

**Filed On:** October 15, 2026

Teva Pharmaceuticals USA, Inc., et al.,

Appellants

v.

Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services and Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare & Medicaid Services,

Appellees

## O R D E R

Upon consideration of appellees' petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellants file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the en banc court, a reply to the response will not be accepted for filing.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Ellie F. Kemper
Deputy Clerk